**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6976**

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

ELLUS LAROUS,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   James C. Fox, Senior District Judge.   (5:98-cr-00007-F-4)

Submitted:  November 22, 2016        Decided:  December 12, 2016

Before KING, AGEE, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ellus Larous, Appellant Pro Se. Michael Gordon James, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ellus Larous appeals the district court's order denying his motion for declaratory relief or immigration departure. We have reviewed the record and Larous's claims and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Larous</u>, No. 5:98-cr-00007-F-4 (E.D.N.C. July 6, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>